Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

STEVEN ROBERT PRESCOTT, individually and on behalf of others similarly situated,

    Plaintiff(s),

v.

RECKITT BENCKISER LLC

    Defendant(s).

Case No: 3:20-cv-2101

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Theodore J. Leopold, an active member in good standing of the bar of Southern Dist. of Florida, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: plaintiff Steven Robert Prescott in the above-entitled action. My local co-counsel in this case is Charles Reichmann, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Cohen Milstein Sellers & Toll PLLC<br>2925 PGA Boulevard, Suite 200, Palm Beach Gardens, FL 33410 | Charles Reichmann, Law Ofcs. of Charles Reichmann<br>16 Yale Circle, Kensington, CA 94708-1015 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (561) 515-1400 | (415) 373-8849 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| tleopold@cohemilstein.com | charlesreichman@gmail.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 705608.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 03/30/20

    Theodore J. Leopold
    APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Theodore J. Leopold is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 30, 2020

    *Susan van Keulen*
    UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER     *October 2012*