UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEVEN PRESCOTT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RECKITT BENCKISER LLC,<br><br>　　　　Defendant. | Case No. 20-cv-02101-BLF   (VKD)<br><br>**ORDER RE DEFENDANT'S DOCUMENT REQUESTS NOS. 54 AND 55**<br><br>Re: Dkt. No. 55 |

Plaintiff Steven Prescott and defendant Reckitt Benckiser LLC ("RB") ask the Court to resolve their dispute concerning RB's Requests for Production Nos. 54 and 55 to Mr. Prescott. Dkt. No. 55. Specifically, RB seeks the production of all depositions in which Mr. Prescott was deposed as a plaintiff in a putative class action in other cases involving false advertising claims in the past 10 years, and all of his written discovery responses in such cases. *Id.* at 2. The Court held a hearing on November 10, 2020. Dkt. No. 59.

For the reasons stated on the record, the Court denies RB's request for this discovery at this time on the ground that RB fails to articulate any basis for its assertion that this discovery is likely to yield any information relevant to whether Mr. Prescott is an adequate class representative in this case.

**IT IS SO ORDERED.**

Dated: November 10, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　　　　　　VIRGINIA K. DEMARCHI
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge